

ORDERED in the Southern District of Florida on March 3, 2015.

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                                  CASE NO.: 14-30601-AJC
ANDRES ROJAS                                       CHAPTER 13
            Debtor,
_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY SANTANDER CONSUMER USA, INC. [D.E #33]

THIS CASE came to be heard on February 24th, 2015 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property held by SANTANDER CONSUMER USA, INC.* (DE #33; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more

particularly described as follows *(Select only one)*:

 X      Motor vehicle described as follows:
        Year and Model of motor vehicle: 2006 VW JETTA
        Vehicle Identification Number (VIN #): 3VWSF71K46M800092
        Odometer reading: 83463

 __     Personal property other than a motor vehicle described as follows:

is $ 3,000.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  Lender has an allowed secured claim in the amount of $3,000.00.

3.  Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 2,980.61 , regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 5.25% for a total of $3,417.48.

4.  The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5.  Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6.  Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

**Submitted by:**
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-103 (06/14/10)